Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert Garduno; and Theresa Ruiz; | No. |
| Plaintiffs, | **COMPLAINT** |
| v. | |
| Autovest, LLC; and Fulton, Friedman &Gullace, LLP; | |
| Defendants. | (Jury Trial Demanded) |

**I. Preliminary Statement**

1. Plaintiffs bring this action for damages based upon Defendants' violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*. In the course of attempting to collect a debt allegedly owed by Plaintiffs, Defendants engaged in deceptive, unfair and abusive debt collection practices in violation of the FDCPA. Plaintiffs seek to recover actual damages, and statutory damages, as well as reasonable attorney's fees and costs.

## II. JURISDICTION

2. Jurisdiction of this Court, over this action and the parties herein, arises under 15 U.S.C. § 1692k(d) (FDCPA), and 28 U.S.C. § 1331. Venue lies in the Phoenix Division of the District of Arizona as Plaintiffs' claims arose from acts of the Defendants perpetrated therein.

## III. PARTIES

3. Plaintiffs are residents of Maricopa County, Arizona.
4. Plaintiffs are natural persons who are allegedly obligated to pay a debt which was incurred for personal, family, or household purposes.
5. Plaintiffs are each a "consumer" as that term is defined by FDCPA § 1692a(3).
6. Defendant Autovest, LLC is a Michigan limited liability company registered to do business within the state of Arizona.
7. Autovest regularly uses the courts in Arizona to collect consumer debts.
8. Autovest collects or attempts to collect debts which it claims to have purchased or to have been assigned after default.
9. Autovest is a "debt collector" as that term is defined by FDCPA § 1692a(6).
10. Defendant Fulton, Friedman & Gullace, LLP ("FFG") is a New York limited liability partnership with offices in Arizona.
11. FFG is a consumer debt collection law firm that regularly collects or attempts to collect debts owed or asserted to be owed or due another, from residents within the State of Arizona.
12. FFG is a "debt collector" as that term is defined by FDCPA § 1692a(6).

1    13.    FFG's collection actions taken against Plaintiffs were taken on behalf
2          of, and as agent for, Autovest.

### IV. Factual Allegations

4    14.    In or about July 2007, Plaintiffs purchased a 2006 Pontiac G6 from
5          Sands on Broadway, for personal, family, or household purposes.
6    15.    In order to purchase the Pontiac, Plaintiffs entered into a Motor Vehicle
7          Retail Installment Sales Contract and Purchase Money Security Agree-
8          ment ("RISC") with Sands on Broadway.
9    16.    Sands on Broadway subsequently assigned the RISC to Wells Fargo
10         Bank N.A.
11    17.    Plaintiffs fell behind on their monthly payments under the RISC, and
12         Wells Fargo repossessed the Pontiac in or about April 2009.
13    18.    After repossession, Wells Fargo sold the Pontiac on May 13, 2009 and
14         applied the sales proceeds to the balance owed on the RISC.
15    19.    Wells Fargo subsequently claimed that Plaintiffs owed a deficiency
16         balance on the RISC.
17    20.    Autovest claims that it purchased Plaintiff's Well Fargo contract
18         sometime after default.
19    21.    Autovest hired FFG to assist it in collecting the claimed deficiency
20         balance from Plaintiffs.
21    22.    Over five years after the repossession, on June 16, 2014, FFG filed suit
22         on behalf of Autovest against Plaintiffs in the Maricopa County Supe-
23         rior Court in an attempt to collect the alleged deficiency balance.
24    23.    At the time Defendants filed suit, they misrepresented to Plaintiffs that
25         the debt was not stale, and that their suit was filed within the applicable

1 statute of limitations.

2  24. However, at the time Defendants filed their suit, the debt in fact was stale and past the statute of limitations.

4  25. At the time Defendants filed suit against Plaintiffs, they knew that the debt was stale and past the statute of limitations.

6  26. Despite knowing that their claim was stale, Defendants continued to pursue the lawsuit against Plaintiffs.

8  27. Defendants ultimately obtained a judgment against Plaintiffs in the amount of $24,971.32.

10 28. As a result of Defendants' actions as outlined above, Plaintiffs have suffered actual damages including, but not limited to, anxiety, worry, invasion of privacy, loss of opportunity, damage to credit and reputation, and other extreme emotional distress.

14 29. Defendants' actions as outlined above were intentional, willful, and in gross or reckless disregard of Plaintiffs' rights, and part of Defendants' persistent and routine practice of debt collection.

17 30. In the alternative, Defendants' actions were negligent.

### V.  Causes of Action

#### a. Fair Debt Collection Practices Act

20 31. Plaintiffs repeat, reallege, and incorporate by reference the foregoing paragraphs.

22 32. Defendants' violations of the FDCPA include, but are not necessarily limited to, 15 U.S.C. §§ 1692e, 1692e(2)(A), 1692e(5), 1692e(8), 1692e(10), 1692f, and 1692f(1).

25 33. As a direct result and proximate cause of Defendants' actions in viola-

1  tion of the FDCPA, Plaintiffs have suffered actual damages.

## VI.  DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all issues so triable.

## VII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that judgment be entered against Defendants for:

a) Actual damages under the FDCPA;

b) Statutory damages under the FDCPA;

c) Costs and reasonable attorney's fees pursuant to the FDCPA; and

d) Such other relief as may be just and proper.


DATED  June 3, 2015 .


       s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs