Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Garduno and Theresa Ruiz,<br><br>Plaintiffs,<br><br>v.<br><br>Autovest, LLC, *et al.*,<br><br>Defendants. | No. CV15-1016-PHX-ROS<br><br>**NOTICE OF PENDING SETTLEMENT** |

Plaintiff, by and through counsel, hereby gives notice that the parties have reached a settlement of this action. Upon execution of the settlement documents, the parties will file the appropriate dismissal documents with the court.

/ / /

/ / /

RESPECTFULLY SUBMITTED:  December 3, 2015  .

      s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  December 3, 2015  , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Cynthia Fulton
FULTON FRIEDMAN & GULLACE,
3150 N. 24th St Ste B-200
Phoenix, Arizona 85016-7344
Attorney for Defendant
  Fulton Friedman & Gullace, LLP

R. Travis Campbell
Simmonds & Narita LLP
44 Montgomery St Ste 3010
San Francisco, CA 94104
Attorney for Defendant
  Autovest, LLC

by  s/ Floyd W. Bybee